UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HOWARD COHAN,

    Plaintiff,

vs.

WALDORF =ASTORIA MANAGEMENT LLC
d/b/a WALDORF ASTORIA CHICAGO

    Defendant(s)
_____/

CASE NO.: 16 cv 7946

INJUNCTIVE RELIEF SOUGHT

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, HOWARD COHAN, and Defendant, WALDORF=ASTORIA MANAGEMENT, LLC d/b/a WALDORF ASTORIA CHICAGO, through undersigned counsel, have agreed to a settlement of all issues, including fee and costs, in this matter, subject only to the drafting of specific documents to memorialize the agreement. Each Party to bear its own fees and costs, except as otherwise specified in the settlement documents.

The Parties request this Honorable Court allow for an additional thirty (30) days to finalize a settlement agreement and submit final proposed Order of Dismissal.

Dated: January 4, 2017

Respectfully submitted,

**ROBERT M. KAPLAN, P.C.**
Counsel for Plaintiff
1535 W. Schaumburg Rd., #204
Schaumburg, IL 60194-4052
Telephone (847) 895-9151
Facsimile: (847) 895-7320

By: __/s/ Robert M. Kaplan__
Robert M. Kaplan, IL Bar No. 6206215
rmkap@robertkaplanlaw.com

**KEVIN FRITZ**
Counsel for Defendant
Seyfarth Shaw LLP
131 S. Dearborn Street, Suite 2400
Telephone: (312) 460-5586
Facsimile: (312) 460-7586

By: __/s/ Kevin Fritz__
Kevin Fritz,
KFritz@seyfarth.com

1

**MINH H. VU**
Counsel for Defendant
Seyfarth Shaw LLP
974 F. Street, N.W.
Washington D.C. 20004
Telephone: (202) 463-2400

By: /s/ Mihn H. Vu
mvu@seyfarth.com

**ROBERT M. KAPLAN**
**LAW OFFICES OF ROBERT M. KAPLAN, P.C.**
Attorneys for Plaintiff
1535 West Schaumburg Road
Schaumburg, Illinois 60194
(847) 895-9151
rmkap@robertkaplanlaw.com
IL Bar No. 6206215

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record identified on the attached Service List in the manner specified via transmission of Electronic Filing generated by CM/ECF or in some other authorized manner for those counselor parties who are not authorized to receive electronically Notices of Electronic Filing.

**LAW OFFICES OF ROBERT M. KAPLAN, P.C.**
Counsel for Plaintiff
1535 W. Schaumburg Rd., #204
Schaumburg, IL 60194-4052
Telephone (847) 895-9151
Facsimile: (847) 895-7320

By: /s/ Robert M. Kaplan
Robert M. Kaplan, IL Bar No. 6206215
rmkap@robertkaplanlaw.com

## SERVICE LIST

**KEVIN FRITZ**
KFritz@seyfarth.com
Counsel for Defendant
Seyfarth Shaw LLP
131 S. Dearborn Street, Suite 2400
Telephone: (312) 460-5000

**MINH H. VU**
mvu@seyfarth.com
Counsel for Defendant
Seyfarth Shaw LLP
974 F. Street, N.W.
Washington D.C. 20004
Telephone: (202) 463-2400