UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HOWARD COHAN,                      CASE NO.: 16 cv 7946

    Plaintiff,

vs.                                       Honorable Joan H. Lefkow

WALDORF =ASTORIA MANAGEMENT LLC
d/b/a WALDORF ASTORIA CHICAGO

    Defendant(s)
_____/

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, and the Court, having considered same, having reviewed the file, and being otherwise advised in the premises, it is hereby ORDERED AND ADJUDGED:

All claims that were or could have been raised in this action are hereby DISMISSED WITH PREJUDICE.

DONE AND ORDER IN Chambers this 20th day of January, 2017.

_____
The Honorable Joan H. Lefkow
UNITED STATES DISTRICT COURT JUDGE

JAN 2 0 2017

Copies furnished to:
Counsel of Record

1